UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. LAVAL S. WILSON,

               Plaintiff,                           14 **CIVIL** 5467 (VB)

      -against-                                   **JUDGMENT**

POUGHKEEPSIE CITY SCHOOL DISTRICT,
                        Defendant.
------------------------------------------------------------X

       Whereas Defendant, on November 14, 2014, having moved to dismiss (Doc. #18), and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court, on July 8, 2015, having handed down its Memorandum Decision (Doc. #32) granting Defendant's Motion to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That, for the reasons stated in the Court's Memorandum Decision, dated July 8, 2015, Defendant's Motion to dismiss is granted; accordingly, the case is closed.

**Dated:** White Plains, New York
            July 10, 2015

                                                                _____
                                                                 **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/15